IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Tore Bjorn Dahlin - #132353

_____/

CV 10 80 125 MISC

VRW

**ORDER TO SHOW CAUSE**

It appearing that Tore Bjorn Dahlin has been enrolled as an inactive member of the State Bar of California pursuant to Rule 960 of the California Rules of Court and that he may not practice law while so enrolled effective February 3, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before July 16, 2010 as to why he should not be suspended from practice before this Court, pending further notice from the State Bar of California.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Tore Bjorn Dahlin
Attorney At Law
PO Box 578688
Modesto, CA 95357