**FILED**

JUL 28 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                           No CV-10-80125 MISC VRW

Tore Bjorn Dahlin,                          ORDER

    State Bar No 132353
_____/

    On June 4, 2010, the court issued an order to show cause (OSC) why Tore Bjorn Dahlin should not be removed from the roll of attorneys authorized to practice law before this court based on his inactive enrollment by the State Bar of California effective February 3, 2010.

    The OSC was mailed to Mr Dahlin's address of record with the State Bar on June 7, 2010. Mr Dahlin filed no response. The California State Bar web site indicates that Mr Dahlin is on active status as of July 15, 2010, and may practice law in California.

    The OSC is therefore discharged. The clerk is directed to close the file.

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

Tore Bjorn Dahlin,

Case Number: CV10-80125 VRW

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 28, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tore Bjorn Dahlin
PO Box 578688
Modesto, CA 95357


Dated: July 28, 2010

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*